IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NORVELL, individually and on
behalf of all others similarly situated**                                                                **PLAINTIFF**

v.                              Case No. 3:21-cv-00233 KGB

**DEDMAN'S SANITATION
and JIM DEDMAN**                                                                                        **DEFENDANTS**

## ORDER

Before the Court is the joint motion to stay discovery and extend case deadlines filed by plaintiff John Norvell, individually and on behalf of all others similarly situated, and defendants Dedman's Sanitation and Jim Dedman (Dkt. No. 16).

On March 22, 2022, the Court entered a Final Scheduling Order setting the discovery deadline for August 30, 2022, the motions deadline for September 29, 2022, and a bench trial for sometime during the week of November 28, 2022 (Dkt. No. 7). On May 26, 2022, Mr. Norvell filed a motion for conditional certification, for approval and distribution of notice and for disclosure of contact information ("motion for certification") (Dkt. No. 10). The parties state that, because the motion for certification is still pending, the parties have not yet engaged in much discovery (Dkt. No. 16, ¶ 6). The parties further state that, assuming the motion for certification is granted, the parties may need additional time to conduct discovery on additional opt-in plaintiffs (*Id.*, ¶ 7). Accordingly, the parties mutually request that the Court stay all deadlines until such time as the Court rules on Mr. Norvell's motion for certification (*Id.*, ¶ 9).

The Court is aware of Mr. Norvell's motion for certification and has that motion under advisement (Dkt. No. 10). Federal Rule of Civil Procedure 16(b) provides that a scheduling order "may be modified only for good cause." Fed. R. Civ. P 16(b)(4). For good cause shown, the Court

grants the parties' joint motion to stay discovery and extend case deadlines (Dkt. No. 16). The Court removes this matter from the trial calendar for the week of November 28, 2022. The Court suspends all pending deadlines until such time as it has ruled on Mr. Norvell's motion for certification. The Court will issue an amended scheduling order setting new deadlines and a new trial date by separate Order.

    It is so ordered this 29th day of August, 2022.

                                                  Kristine G. Baker
                                                  United States District Judge