IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN NORVELL, Individually and on                           PLAINTIFF
Behalf of All Others Similarly Situated

vs.                       No. 3:21-cv-233-KGB

DEDMAN'S SANITATION and JIM DEDMAN                          DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I worked as a piece-rate-paid Driver or Helper for Defendants Dedman's Sanitation and Jim Dedman on or after November 5, 2018. I understand this lawsuit is brought under the Fair Labor Standards Act for <u>overtime wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Timothy Neer
PRINTED NAME

5/24/23 , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510         SLFCID: 3:21-cv-233-KGB
Little Rock, Arkansas 72211                    SLFPID: 21-296_023
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com