IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NORVELL, Individually and on**                       **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                     No. 3:21-cv-233-KGB

**DEDMAN'S SANITATION and JIM DEDMAN**           **DEFENDANTS**

### MOTION TO WITHDRAW—JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1. Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 28), he will remain as counsel of record on behalf of Plaintiff.

3. Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiff, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiff.

4. Plaintiff has been advised in accordance with Local Rule 83.5(f).

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com