IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NORVELL, Individually and on**                                 **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                              No. 3:21-cv-233-KGB

**DEDMAN'S SANITATION and JIM DEDMAN**                        **DEFENDANTS**

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff John Norvell, individually and on behalf of all others similarly situated, and Defendants Dedman's Sanitation and Jim Dedman, by and through their respective counsel, for their Joint Motion to Modify Scheduling Order, state as follows:

1. This is a collective action brought pursuant to the Fair Labor Standards Act. On March 30, 2023, the Court entered an Amended Final Scheduling Order (the "Scheduling Order"). ECF No. 19. Among other items, the Scheduling Order contains the following important deadlines for this case:

- Discovery deadline: August 30, 2023;

- Status report: September 14, 2023;

- Motion deadline: September 14, 2023; and

- Trial date: November 13, 2023.

2. Previously, on March 10, 2023, the Court entered an order (ECF No. 18) granting-in-part and denying-in-part Plaintiff's Motion for Conditional Certification (ECF No. 10). The Court conditionally certified a collective action, ordered Defendant to provide various information about putative members of the collective within 14 days, and allowed

90 days to distribute notice and for Plaintiff to file opt-in consent forms with the Court. ECF No. 18.

3.      In light of the 90-day notice window, putative members of the collective had until June 22, 2023, to file consents to join this action. *See, e.g.*, ECF No. 27 (identifying deadline to file as June 22, 2023). Including the named Plaintiff, 11 individuals have filed consents to join this case. *See* ECF Nos. 1, 20, 21, 22, 23, 24, 25, 26, & 27.

4.      The Parties have worked together, and are continuing to work together, in litigating this case. The Parties have discussed the potential of resolving this case without the further need of litigation. The Parties anticipate further exploring a potential resolution to this case within the next few weeks.

5.      In an effort to work toward a potential resolution, Defendants have informally provided the wage documents of the members of the collective.

6.      The Parties would like additional time to explore a potential resolution while also trying to keep the costs of litigation down. The Parties are optimistic that they may be able to resolve this case amongst themselves.

7.      Both Parties, however, require additional time to complete discovery. With additional time, the Parties will be able to fully develop the factual record in this case.

8.      Considering the number of individuals that have joined this action, the Parties believe an additional three months for discovery will be necessary. The other deadlines typically turn on the discovery cutoff, and the Parties respectfully request those deadlines, including the trial setting and dispositive motions deadline, be modified accordingly.

9.      This motion is not made for any improper purpose, such as to harass or

unduly delay this matter. Instead, the Parties need the additional time to conduct discovery as to the opt-ins that have joined this action. Furthermore, the Parties would appreciate the additional time to work on trying to resolve this case amongst themselves.

10.    Therefore, the Parties respectfully request that the Court modify the Scheduling Order to allow for at least an additional three months to conduct discovery, and modify the other remaining deadlines, including the trial date, accordingly.

WHEREFORE, Plaintiff John Norvell, individually and on behalf of all others similarly situated, and Defendants Dedman's Sanitation and Jim Dedman, respectfully request that the Court grant this Joint Motion to Modify Scheduling Order, enter a new Scheduling Order allowing the Parties additional time to conduct discovery and modify the other deadlines, including the trial date, and grant all other relief to which the Parties may be entitled.

Respectfully submitted,

**JOHN NORVELL, individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar. No. 2019246
cqualls@foresterhaynie.com

SANFORD LAW FIRM PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, AR 72211
Telephone: (501) 221-0088

Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and      DEDMAN'S SANITATION and JIM
          DEDMAN, DEFENDANTS**

SNELLGORVE, LANGLEY,
CULPEPPER, WILLIAMS & MULLALLY
P.O. Box 1346
Jonesboro, Arkansas 72403-1346
Telephone: (870) 932-8357
Facsimile: (870) 932-5488

*/s/ Todd Williams*
Todd Williams
Ark. Bar No. 85171
twilliams@snellgrovefirm.com

WADDELL COLE & JONES, PLLC
P.O. Box 1700
Jonesboro, Arkansas 72403
Telephone: (870) 931-1700
Facsimile: (870) 931-1800

Paul D. Waddell
Ark. Bar No. 87179
pwaddell@wcjfirm.com