IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NORVELL, individually and on
behalf of all others similarly situated**                                                                  **PLAINTIFF**

v.                               Case No. 3:21-cv-00233 KGB

**DEDMAN'S SANITATION
and JIM DEDMAN**                                                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to modify scheduling order (Dkt. No. 30). In the Court's Amended Final Scheduling Order, the Court set a discovery deadline for August 30, 2023, and a trial date for November 13, 2023 (Dkt. Nos. 19; 30, ¶ 1). The Court conditionally certified a collective action, and, including the named plaintiff, 11 individuals have filed consents to join the case (Dkt. No. 30, ¶¶ 2-3). The parties state that they have been working together in litigating this case and have been discussing the potential of resolving this case without the need for further litigation (*Id.*, ¶ 4). To work towards a resolution, defendants Dedman's Sanitation and Jim Dedman have informally provided the wage documents of the members of the collective (*Id.*, ¶ 5). The parties seek additional time in which to explore a potential resolution of the case, while trying to keep litigation costs to a minimum (*Id.*, ¶ 6). The parties request a three-month extension of all unexpired deadlines in the Court's Amended Final Scheduling Order, including the trial date (*Id.*, ¶ 10). For good cause shown, the Court grants the parties' joint motion to modify scheduling order (Dkt. No. 30). The Court suspends all unexpired pretrial deadlines in the Court's Amended Final Scheduling Order and removes the case from the November 13, 2023, trial calendar. The Court will set new pretrial deadlines and a new trial date by separate order.

It is so ordered this 23rd day of August, 2023.

                                                _____
                                                Kristine G. Baker
                                                United States District Judge