IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN NORVELL, individually and on
behalf of all others similarly situated                                    PLAINTIFF

v.                      Case No. 3:21-cv-00233 KGB

DEDMAN'S SANITATION
and JIM DEDMAN                                                                  DEFENDANTS

## ORDER

       Before the Court is attorney Josh Sanford's motion to withdraw as counsel for plaintiff John Norvell, individually and on behalf of all others similarly situated (Dkt. No. 29). Attorney Colby Qualls, who also is counsel of record for Mr. Norvell, resigned from the Sanford Law Firm and joined the law firm of Forester Haynie, PLLC (*Id.*, ¶ 1). Mr. Qualls has notified the Court of his intention to remain counsel of record for Mr. Norvell (*Id.*, ¶ 2). Accordingly, Mr. Sanford moves to withdraw as counsel for Mr. Norvell (*Id.*, ¶ 3). For good cause shown, the Court grants Mr. Sanford's motion to withdraw (Dkt. No. 29). The Court directs the Clerk to terminate Mr. Sanford as counsel of record for Mr. Norvell.

       It is so ordered this 23rd day of August, 2023.

                                                                 Kristine G. Baker
                                                                 United States District Judge