IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN NORVELL, individually and on
behalf of all others similarly situated                                             PLAINTIFF

v.                         Case No. 3:21-cv-00233 KGB

DEDMAN'S SANITATION
and JIM DEDMAN                                                                     DEFENDANTS

## ORDER

Before the Court is the parties' joint motion to modify scheduling order (Dkt. No. 44). In the Court's Second Amended Final Scheduling Order, the Court set a discovery deadline of February 7, 2024, a motions deadline of February 22, 2024, and a bench trial for some time during the week of April 22, 2024 (Dkt. Nos. 43; 44, ¶ 3). The parties represent that they are "engaged in settlement negotiations and need additional time to explore whether this matter can be resolved." (Dkt. No. 44, ¶ 4). The parties jointly request that the discovery period be extended by 75 days, from its existing cut-off date of February 7, 2024, through and including April 22, 2024 (*Id.*, ¶ 7). The parties request that all other pretrial deadlines, including the trial date, be extended accordingly (*Id.*, ¶ 9).

For good cause shown, the Court grants the parties' joint motion to modify scheduling order (*Id.*). The Court suspends pretrial deadlines in the Court's Second Amended Final Scheduling Order and removes the case from the April 22, 2024, trial calendar. The Court will set new pretrial deadlines and a new trial date by separate order.

It is so ordered this 8th day of March, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge