IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NORVELL, individually and on
behalf of all others similarly situated**                                                            **PLAINTIFF**

v.                                              Case No. 3:21-cv-00233 KGB

**DEDMAN'S SANITATION
and JIM DEDMAN**                                                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint motion to modify scheduling order (Dkt. No. 50). The parties represent that the Court's Fourth Amended Final Scheduling Order set a discovery deadline on June 21, 2024, a motions deadline on August 29, 2024, and a trial date for some time during the week of October 28, 2024 (*Id.*, ¶ 3). The parties further represent that this is a collective action brought pursuant to the Fair Labor Standards Act and that, including the named plaintiff, 11 individuals have filed consents to join the case (*Id.*, ¶ 4). The parties state that they have begun taking depositions in this matter; due to recent technological difficulties, the parties were not able to complete all of the scheduled depositions on their scheduled date and need additional time to take and complete all of the depositions in this matter (*Id.*, ¶ 5). The parties state that they are looking at late July dates to schedule the remaining necessary depositions (*Id.*, ¶ 6)

The parties jointly request that "the discovery period be extended from its existing cut-off date of June 21, 2024, through and including August 9, 2024." (*Id.*, ¶ 7). The parties also state that they "do not believe that this discovery extension should impact the current trial date or the other pretrial deadlines, nor are the [p]arties currently requesting an extension for any deadline other than the discovery deadline." (*Id.*, ¶ 9). However, the Court notes that in the first paragraph of the parties' motion, the parties request "that the Court extend the discovery deadline by an

additional 60 days, and to modify the other remaining dates accordingly." (*Id*., ¶ 1). A 60-day extension of the June 21, 2024, discovery deadline would extend that deadline to August 20, 2024, a mere nine days before the August 29, 2024, motions deadline. Based on the latter portions of the parties' motion, the Court understands the parties to request only an extension of the discovery deadline from June 21, 2024, up to, and including, August 9, 2024. The Court further understands that the parties do not request any other extensions.

For good cause shown, the Court grants the parties' joint motion to modify scheduling order (*Id*.). The Court extends the discovery deadline as set forth in the Fourth Amended Final Scheduling Order from June 21, 2024, up to, and including, August 9, 2024. All other deadlines in the Fourth Amended Final Scheduling Order remain as previously set.

It is so ordered this 21st day of June, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge