IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHN NORVELL, individually and on
behalf of all others similarly situated                                                     PLAINTIFF

v.                              Case No. 3:21-cv-00233 KGB

DEDMAN'S SANITATION
and JIM DEDMAN                                                                              DEFENDANTS

## ORDER

Before the Court is the status of this case. On December 11, 2024, the parties filed a joint status report (Dkt. No. 61). The parties represent that they settled this matter on November 12, 2024 (*Id.*, ¶ 1). The parties further represent that they are in the process of preparing final documents related to the settlement that they reached, and they have not reached an agreement on attorney's fees and costs (*Id.*, ¶ 3). Therefore, the parties represent that they need more time to finalize and execute the settlement agreement and to prepare the motion for settlement approval (*Id.*, ¶ 4). The parties propose that they have until February 10, 2025, to file a joint status report or a motion for approval of settlement (*Id.*, ¶ 5).

For good cause shown, the Court extends the deadline to file a joint status report or a motion for approval of settlement up to, and including, February 10, 2025.

It is so ordered this 27th day of December, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge