IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOHN NORVELL, individually and on
behalf of all others similarly situated**                                                    **PLAINTIFF**

v.                                        **Case No. 3:21-cv-00233 KGB**

**DEDMAN'S SANITATION
and JIM DEDMAN**                                                                          **DEFENDANTS**

## ORDER

Before the Court is the status of this case. On December 27, 2024, the Court ordered the parties to file a joint status report or a motion for approval of settlement by February 10, 2025 (Dkt. No. 62). On February 10, 2025, the parties filed a joint status report (Dkt. No. 64). The parties represent that they settled this matter on November 12, 2024 (*Id.*, ¶ 1). The parties represent that they are in the process of preparing final documents related to the settlement that they reached, and they have not reached an agreement on attorney's fees and costs (*Id.*, ¶ 5). The parties further represent that they filed a joint motion to consolidate cases requesting that a closely related case filed in the Eastern District of Arkansas, *Malcom Marshall, et al., v. Dedman's Sanitation and Jim Dedman*, Case No. 3:24-cv-127-DPM, be consolidated with this case for settlement approval purposes (*Id.*). Therefore, the parties represent that they need more time to finalize and execute the settlement agreement and to prepare the motion for settlement approval (*Id.*, ¶ 6). The parties propose that they have until March 12, 2025, to file a joint status report or a motion for approval of settlement (*Id.*, ¶ 7).

For good cause shown, the Court extends the deadline to file a joint status report or a motion for approval of settlement up to, and including, March 12, 2025. Given that the parties have settled this matter and are in the process of finalizing a settlement agreement for the Court's approval, the

Court denies without prejudice plaintiff John Norvell's motion for partial summary judgment (Dkt. No. 54).

It is so ordered this 11th day of February, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge