IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN NORVELL, individually and on behalf of all others similarly situated | | PLAINTIFF |
| v. | Case No. 3:21-cv-00233 KGB | |
| DEDMAN'S SANITATION and JIM DEDMAN | | DEFENDANTS |
| MALCOLM MARSHALL, individually and on behalf of all others similarly situated | | PLAINTIFF |
| v. | Case No. 3:24-cv-00127-KGB | |
| DEDMAN'S SANITATION and JIM DEDMAN | | DEFENDANTS |

## ORDER

Before the Court is the parties' joint motion to consolidate (Dkt. No. 63). The parties represent that plaintiff John Norvell's claims in *Norvell v. Dedman's Sanitation, et al.,* Case No. 3:21-cv-00233-KGB, are identical to plaintiff Malcolm Marshall's claims in *Marshall v. Dedman's Sanitation, et al.,* Case No. 3:24-cv-127 (Dkt. No. 63, ¶ 1). The parties represent that counsel for the parties are identical (*Id.*, ¶ 2). The parties represent that the parties for both cases attended a settlement conference before United States Magistrate Judge Benecia B. Moore, and the parties reached a settlement agreement with the exception of attorneys' fees and costs (*Id.*, ¶ 3). The parties request that the Court consolidate the two cases for settlement approval purposes (*Id.*, ¶ 4).

For good cause show, the Court grants the joint motion to consolidate. *Marshall v. Dedman's Sanitation, et al.,* Case No. 3:24-cv-127, is closely related to another case recently filed in the Eastern District of Arkansas. In the interest of judicial economy and consistent rulings, the

1

2

Clerk of Court is directed to consolidate immediately *Marshall v. Dedman's Sanitation, et al.,* Case No. 3:24-cv-127, with the master docket in *Norvell v. Dedman's Sanitation, et al.,* Case No. 3:21-cv-00233-KGB. Going forward, all filings are to be made in *Norvell v. Dedman's Sanitation, et al.,* Case No. 3:21-cv-00233-KGB.

It is so ordered this 3rd day of March, 2025.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge