IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **JOHN NORVELL, individually and on behalf of all others similarly situated** | **PLAINTIFF** |
| **MALCOLM MARSHALL, individually and on behalf of all others similarly situated** | **CONSOLIDATED PLAINTIFF** |
| v. | Case No. 3:21-cv-00233 KGB |
| | Case No. 3:24-cv-00127 KGB |
| **DEDMAN'S SANITATION and JIM DEDMAN** | **DEFENDANTS** |

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 71). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice the action, with each party to bear its own fees and costs, except as otherwise agreed.

It is so ordered this 28th day of April, 2025.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge